# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JURDIS NELSON GDC#791991
(Enter above the full name and prisoner
identification number of the plaintiff.)

-vs-

CLAY TATUM, WARDEN

Tim CLARK, CAPTAIN

A. HAmmock, CHIEF CounSELOR,
(Enter above the full name of the defendant(s).)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 3 2012

JAMES N. HATTEN; CLERK
By: _____ Deputy Clerk

1:12-CV-0383

### I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes ( )    No (X)

B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

    Plaintiff(s): _____ NONE _____

    Defendant(s): _____ NONE _____

2. Court (if federal court, name the district; if state court, name the county):
    _____ NONE _____

3. Docket Number: _____ NONE _____

I. **Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: __NoNE__

5. Did the previous case involve the same facts?

    Yes ( )    No (X)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __NoNE__

7. Approximate date of filing lawsuit: __NoNE__

8. Approximate date of disposition: __NoNE__

II. **Exhaustion of Administrative Remedies**

A. Place of Present Confinement: __NoNE__

B. Is there a prisoner grievance procedure in this institution?
   Yes (X)    No ( )

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X)    No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results?
      On about 8/3/2011 I file A Informal Grievance #92711- And Was Denied A Inmate Grievance form and Was Transfered on 8/23/2011.

   2. If your answer is NO, explain why not: "I Was Denied A Grievance and Transfered on 8-23-2011."

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff(s): Jurdis Nelson GDC 491991
   Smith State Prison
   P.O. Box 726
   Glennville Georgia

### III. Parties (Cont'd)

Address(es): _____ NONE _____
_____
_____ NONE _____
_____ NONE _____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant(s): 1 CLAY TATUM
                  2 TIM CLARK
                  3 A. HAMMOCK

Employed as 1# Warden 2# Captain 3# Chief Counselor

at Hays State Prison, 777 Underwood Rd, TRION Ga. 30753.

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On about June 29 2011 at 11:48 Am in Dorm A-2 at Hays S.P. A Known Gang Member of the GD's Jump on "me" Inmate Joseph Smith. And I was took to Medical For A Cut In the "Face". I got A Disciplinary Report Code #219612 and was Put in S.m.u. F-2 116. And on 7/13/11 Ro Hearing Officer L.T. Joe Johnson told Me that Inmate Smith was Not Comeing back to Population. On 7/14/11 I was Put Back in Population A-1 105 Per Mr. Clark. And on about 7-19-11 an 7-28-11 I told Mr. Clark that Smith is Send Notices that he is going to "Kill me" Unitmang Mr. Dehord Witness My Statement to Mr. Clark. Mr. Clark told me that Smith is Coming back to Population. But on 8-1-2011 at 7:40 Am Smith Came behind me and "HIT" me in the Head With his Prison LOCK. And I was Refuse Medical And Put in S.m.u. G-2 118. And Chief Counselor A. Hammock did Not Forward Grievance # 92711 to The Office of Professional Standards. And on 8-23-2011 Warden Clay Tatum Transferred Me to Smith S.P.

## IV. Statement of Claim (Cont'd)

and fabricated Statements to Georgia DePartment Of Corrections to Transferred. And CaPtain Tim Clark Chief Officer of Security Put my life in danger For Letting Inmate Smith assalting "me" two time With injucy.



## V. Relief
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

The State of Georgia to give me One Million For Put my life in danger For the Subected me to Cruel and unsual Punishment.



## V.    Relief (Cont'd)



Signed this __3th__ day of __January__, 2012
                                   January

_Signature of Plaintiff_

STATE OF __Georgia, Tattnall__
COUNTY (CITY) OF __Glennville__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __01/03/2012__
                  (Date)

_Signature of Plaintiff_